UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 08470
  BARBARA A KRAWCZAK
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-4807
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/04/04 and confirmed on 04/23/04.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $ 17575.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3981.81 | .00 | 1391.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6586.59 | .00 | 2302.40 |
| DISCOVER BANK | UNSECURED | 6518.27 | .00 | 2278.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2640.18 | .00 | 922.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3858.51 | .00 | 1348.77 |
| GE SELECT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7542.95 | .00 | 2660.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4909.73 | .00 | 1716.21 |
| PENNCRO ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7311.25 | .00 | 2555.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3430.42 | .00 | 1190.16 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 46779.71 | .00 | 46779.71 |
| PRINCIPAL PAID | .00 | .00 | 16366.96 | .00 | 16366.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 16366.96 | .00 | 16366.96 |

The Debtor's attorney, GREGORY J MARTUCCI        , was allowed $     .00 and was paid $      .00 .

The Trustee received $    733.04 .

Refunds to the Debtor totaled $    475.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/19/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```